# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6216 | **DATE** | 1/7/2010 |
| **CASE TITLE** | Affymax vs. Johnson & Johnson | | |

**DOCKET ENTRY TEXT**

Status hearing set for this date is vacated. Parties fail to appear. Case is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|