**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AFFYMAX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:04-cv-06216 |
| ORTHO-MCNEIL PHARMACEUTICAL, | ) | |
| INC., and JOHNSON & JOHNSON | ) | Hon. Matthew F. Kennelly |
| PHARMACEUTICAL RESEARCH & | ) | |
| DEVELOPMENT, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO ENTER JUDGMENT ON ARBITRATION AWARD
AND TO ORDER CORRECTION OF INVENTORSHIP OF CERTAIN U.S. PATENTS**

Defendants, Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson Pharmaceutical

Research & Development, L.L.C., (collectively, "Ortho") by and through their attorneys Quinn

Emanuel Urquhart & Sullivan LLP, move this Court for an order entering judgment on the

arbitration award issued in their favor on October 4, 2010 (the "Arbitration Award") by the

American Arbitration Association and for order to correct inventorship and ownership of U.S.

Patent Nos. 5,986,047, 5,830,851 and 5,773,569 and U.S. Patent Application No. 11/855,948.

In support of this motion, Ortho submits the accompanying Notice of Motion,

Defendants' Memorandum In Support Of Their Motion To Enter Judgment On Arbitration

Award And To Order Correction Of Inventorship Of Certain U.S. Patents, and accompanying

Exhibits.

Respectfully submitted,

Dated: November 17, 2010          /s/ Raymond N. Nimrod
                                Raymond N. Nimrod

QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street,
Suite 2450
Chicago, Illinois 60661
Email: raynimrod@quinnemanuel.com
Tel: (312) 705-7400
Fax: (312) 705-7401

David Eiseman
Cathleen G. Garrigan
Christopher E. Stretch
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111


*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Raymond N. Nimrod, an attorney, hereby certify that true and correct copies of the Defendants/Counter-Claimants' MOTION TO ENTER JUDGMENT ON ARBITRATION AWARD AND TO ORDER CORRECTION OF INVENTORSHIP OF CERTAIN U.S. PATENTS and MEMORANDUM IN SUPPORT and accompanying Exhibits have been served upon the following attorneys for plaintiff on November 17, 2010 by electronic means through this Court's Case Management/Electronic Case File System.

Jeffrey E. Stone
Christopher M. Murphy
McDermott Will & Emery LLP
227 W. Monroe St. Chicago, IL 60606

Richard de Bodo
Siegmund Y. Gutman
DLA Piper US LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067

/s/ Raymond N. Nimrod_____

Raymond N. Nimrod